**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

March 13, 2008

# NOTICE OF DEFICIENCY

To:     Donnie Bethel

From:   Clerk's Office

Case Style:    U.S.A. vs. Earnest D. Battle

Case Number:    2:07cr307-MEF

Referenced Pleading:  Notice of Attorney Appearance
                      Document #12

The above referenced pleading filed by electronic means on 3/12/08 was filed incorrectly as a Notice of Attorney Appearance and styled as a Notice of Intent to Change Plea.  Please see document #13 Notice of Intent to Change Plea for corrected filing.