```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION
```

**UNITED STATES OF AMERICA** )
)
   **v.** ) CASE NO. 2:07cr307-MEF
)
**EARNEST D. BATTLE** )

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Tommie Brown Hardwick, and enters her notice of appearance on behalf of the United States, in the above-styled cause.

Respectfully submitted this 18th day of March, 2008.

                LEURA G. CANARY
                UNITED STATES ATTORNEY

                **/s/Tommie Brown Hardwick**
                TOMMIE BROWN HARDWICK
                Assistant United States Attorney
                Bar Number: ASB4152 W86T
                131 Clayton Street
                Montgomery, Alabama 36104
                Phone: (334) 223-7280
                Fax: (334) 223-7135
                E-mail: tommie.hardwick@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney