IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-307-MEF |
| | ) | |
| EARNEST D. BATTLE | ) | |

# **O R D E R**

Upon consideration of defendant's Motion to Withdraw Plea of Guilty (Doc. #23) filed on May 30, 2008, it is hereby ORDERED that:

1. The motion is GRANTED.

2. This case is set for trial during the July 28, 2008 criminal term at the United States Courthouse, One Church Street, Montgomery, Alabama.

3. The Magistrate Judge conduct a pretrial conference prior to the July 28, 2008 trial term.

DONE this the 3rd day of June, 2008.

        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE