IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 2:07-CR-307-MEF |
| | ) | |
| ERNEST BATTLE | ) | |

## ORDER

Based upon this court's order setting the trial in the above-styled case for July 28, 2008, and for good cause, it is

**ORDERED** that a final pretrial conference be and is hereby set for **June 30, 2008 at 1:00 p.m. in Courtroom 4B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

That all applicable deadlines contained in the prior arraignment order are adjusted accordingly, provided, however that the deadline for the filing of pretrial, dispositive motions is not extended.

Done this 4th day of June, 2008.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE