IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-307-MEF |
| | ) | (WO) |
| EARNEST D. BATTLE | ) | |

# **O R D E R**

Upon consideration of the government's Unopposed Motion to Continue Trial (Doc.

#33) filed July 14, 2008, it is hereby

ORDERED that the motion is set for a status conference on Wednesday, July 16,

2008, at 8:30 a.m. by conference call.

DONE this the 15th day of July, 2008.


_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE