IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-307-MEF |
| | ) | |
| EARNEST D. BATTLE | ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on September 22, 2008 (Doc. #43), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE of the court that the defendant's motion to dismiss (Doc. #41) is  DENIED.

DONE this the 14th day of October, 2008.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE